IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00206-CR

 

Cosme Mendez,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 54th District Court

McLennan County, Texas

Trial Court # 1999-851-C

 



MEMORANDUM 
Opinion



 

Cosme Mendez is appealing the trial
court’s denial of his motion for postconviction DNA testing and his request for
appointment of counsel to file said motion under the provisions of chapter 64
of the Code of Criminal Procedure.  See Tex.
Code Crim. Proc. Ann. arts. 64.01-.05 (Vernon Supp. 2004-2005).   On December 8, 2004, we abated this cause to the trial court to
determine whether Mendez was entitled to appointment of counsel for filing his
motion for postconviction DNA testing. 
On January 12, 2005, the trial court issued an order that Mendez is
entitled to appointed counsel to file his motion for postconviction DNA testing
and appointed attorney Walter Reaves, Jr. to file said motion.

We lift the abatement and reinstate
the appeal on our docket.  Because Mendez
was entitled to appointed counsel to file his motion and he did not receive
appointed counsel, we reverse the trial court’s denial of his motion and remand
for further proceedings consistent with this opinion.

 

                                                                        PER CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Abatement lifted, appeal reinstated, reversed, and remanded

Opinion delivered and filed February
 16, 2005

Do not publish

[CR25]